# PELUSO & TOUGER, LLP
## 70 LAFAYETTE STREET
## NEW YORK, NEW YORK 10013
### PelusoandTouger.com

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

BY ECF:
June 20, 2022
Honorable Jesse M. Furman
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

*Application GRANTED. The Clerk of Court is directed to terminate Doc. #293. SO ORDERED.*

*June 21, 2022*

Re: <u>United States v. John Francisco Monegro</u>,
     13 CR 70 (JMF)

Your Honor,

In March of 2016 this Court sentenced Mr. Monegro to 10 years in prison. He has successfully completed his sentence and is now on supervised release. He has been on Supervised Release for 10 months and has fulfilled all of his requirements so far including successfully gaining employment at Lynx Logistic, LLC as full time driver earning $32.25 an hour.

Mr. Monegro with the approval of his supervisory officer, Sonales Gonzalez would most respectfully ask this Court to allow him to take a trip to the Dominican Republic on August 4th returning on August 31st with members of his family to visit his grand parents and other family members that he has not seen in many years. He would be flying on Jet Blue and staying with family in the Dominican. He has given all of the information to Ms. Gonzalez. Thank you very much for your consideration of this matter.

Respectfully yours,

David Touger